# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

KATRINA STURDIVENT,

    Plaintiff,

v.

MBTA

    Defendant.

CIVIL ACTION

NO.  21-10013-WGY

## ORDER OF DISMISSAL

YOUNG, J.

In accordance with the Court's ELECTRONIC ORDER dated Feburary 26, 2021 it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

Feburary 26, 2021
Date

/s/ Daniel C. Hohler
Deputy Clerk